**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

KEITH R. WATSON,

Plaintiff,

v.

SEARS,

Defendant.

Civil No. 01-591 (JRT/RLE)

**ORDER OF DISMISSAL**

---

John W. Person, PERSON LAW OFFICE, 510 Laurel Street, Brainerd, MN 56401, for plaintiff.

Kathryn A. Mrkonich, LITTLER MENDELSON, 33 Sixth Street South, Suite 3110, Minneapolis, MN 55402-3720, for defendant.

The Court having been advised that the above action has settled,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, the Court retaining jurisdiction for thirty days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: Dec. 21, 2001
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge

DEC 21 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D
DEPUTY CLERK