UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

Keith Watson,

Plaintiff,

vs.

Sears, Roebuck and Co.,

Defendant.

Court File No. CV-01-591 JRT/RLE

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

---

Based on the agreement of Plaintiff Keith Watson and Defendant Sears, Roebuck and Co., it is hereby stipulated that the above-captioned matter is dismissed with prejudice.

Dated: January 3, 2002

**LITTLER MENDELSON, P.C.**

By: ____________________
Kathryn Mrkonich Wilson (#283605)
Heather C. Sherman (#288135)
Multifoods Tower – Suite 3110
33 South 6th Street
Minneapolis, Minnesota 55402-3720
Telephone: (612) 630-1000
Facsimile: (612) 630-9626

**ATTORNEYS FOR DEFENDANT SEARS, ROEBUCK AND CO.**

FILED ____________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________

Dated: January 2, 2002

By: [signature]
Richard A. Williams, Jr.
Williams & Iverson, P.A.
1611 West County Road B
Suite 208
Roseville, MN 55113
Telephone: 651.848.0280

John W. Person
Breen & Person, Ltd.
510 Laurel Street, Box 472
Brainerd, MN 56401
Telephone: 218.828.1248

**ATTORNEYS FOR PLAINTIFF KEITH WATSON**

**IT IS SO ORDERED**

Dated: Jan 7, 2002

[signature]
HONORABLE JOHN R. TUNHEIM
Judge of the United States District Court

MINNEAPOLIS:29767.1 016144.1034
12/28/01 2:21 PM